## Lewis H. Armstrong, Appellee, v. Ben Sharer, Appellant.

## Gen. No. 9,517. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed April 26, 1940. J. J. Ludens, for appellant; Ramsay, Bull & Yost, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''